Scott M. Grace  S.B.N. 236621
Luftman, Heck & Associates, LLP
1958 Sunset Cliffs Boulevard
San Diego, CA 92107
sgrace@lawlh.com
Phone: 619-346-4600
Fax:  619-923-3661

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL SCHUSTER,<br><br>        Plaintiff,<br><br>    vs.<br><br>ASSET RECOVERY ASSOCIATES, INC.<br>and DOES 1-10,<br>            Defendant, | Case No: 5:16-CV-02539<br><br>**MOTION FOR DISMISSAL OF ACTION WITH PREDJUDICE** |

**MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE**

   Plaintiff Cheryl Schuster, (hereinafter "Plaintiff) hereby moves to dismiss the above entitled action with prejudice.

Date:  February 23, 2017          **Luftman, Heck & Associates**
                                  /s/ Scott M. Grace
                                  Scott M. Grace
                                  Attorney for the Plaintiff, Cheryl Schuster

**CERTIFICATE OF SERVICE**

I, Scott M. Grace, hereby certify that:

I am employed in the City and County of San Diego, California. I am over the age of eighteen years and not a party to this action. My business address is 1958 Sunset Cliffs Boulevard, San Diego, CA 92107. I am counsel of record for the plaintiff in this action.

On February 23, 2017, I caused the **JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE** to be served upon the parties listed below via the Court's Electronic Filing System:

**VIA ECF**

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Diego, CA on February 23, 2017.

**Luftman, Heck & Associates**
/s/ Scott M. Grace
Scott M. Grace
Attorney for the Plaintiff,
Cheryl Schuster
sgrace@lawlh.com

2
**MOTION FOR DISMISSAL OF ACTION WITH PREDJUDICE**
5:16-CV-02539